3:22cv110

Attention: Court of Clerk: Request to Appear and Fee.

Attention:                                    From:

Richmond Federal Courthouse                   Retired: Veteran

701 East Broad Street                         Mr. John Hancox Jr.
Richmond, Va. 23219                           2563 Village Dr.
                                              Waynesboro Va. 22980

Request a Fee amount to enter Federal Court.

Right to appear in Supreme Court: The right to hearing is that which resides in both the Sixth Amendment as well as the Fourteenth Amendment. A right to hearing entails that an individual maintains and be afforded the legal right to be heard in the venue of a court of law with adequate due process attached. In terms of the Sixth Amendment, individuals possess rights to a speedy as well as a public trial.

In relation to a speedy trial, such as in accordance with Supreme Court case Barker v. Wingo, there existed the following qualifications for determining if one's right to a speedy trial had been violated. These include the "length of delay," "reason for delay," "time and manner of rights," and "amount of prejudice by which delay may have occurred." Delays surpassing that of a year or more may be seen as a violation, while reasons may be comprised of the need for specific witnesses.

Reason for appearing:

## 42 USC Section 1983- Civil Action for Deprivation of Rights

"Section 1983 Litigation" refers to lawsuits brought under Section 1983 (Civil action for deprivation of rights) of Title 42 of the United States Code (42 U.S.C. § 1983).. Richmond DMV used my Medical Records to deny my right to drive.

Mr. Hancox request for an Attorney to be appointed.
If a Fee is required please tell me how much?..

                                    Defendant: Richard D Holcomb
                                              Commissioner Virginia DMV.

P.S: This commissioner is in error for using my medical Records
Signed: John Hancox Jr.



# COMMONWEALTH of VIRGINIA

**Richard D. Holcomb**
**Commissioner**

Department of Motor Vehicles
2300 West Broad Street

Post Office Box 27412
Richmond, VA 23269-0001

January 31, 2022

John Lamar Hancox
2563 Village Dr
Waynesboro, VA 22980-1556

~~Order of Suspension~~

Dear John Lamar Hancox:

This notice is to inform you that your driver's license will be suspended effective 02/05/22. The Department of Motor Vehicles has received information concerning your ability to drive. The information received indicates that your medical condition impairs your ability to safely operate a motor vehicle. This license suspension is for your safety and the safety of others. Please return your driver's license to DMV.

This suspension will end once you comply with the requirement (s) listed below:

- Provide an acceptable vision report which must be approved by DMV. Contact an eye doctor of your choice and have the form completed.

To expedite processing, please have your healthcare provider complete your report and fax it directly to DMV at 804-367-1604. If you wish to submit your own completed report, DMV will ONLY accept reports in their original form submitted by mail to DMV at Post Office Box 27412, Richmond, Virginia 23269-0001.

~~The reinstatement requirements listed in this order may change without prior notice.~~

If you do not plan to comply with the above requirement(s), visit your local DMV customer service center before the due date of this order to exchange your driver's license for an identification (ID) card.

If you wish to show cause why this DMV action should not be taken, you may submit a written request for an administrative fact-finding proceeding with a DMV hearing officer in accordance with the provisions of the Virginia Code §2.2-4019 et seq. Your written request should be mailed to Post Office Box 27412, Richmond, Virginia 23269-0001, Attention: Medical Review Services. An agent will contact you once your written request is received. If you wish to fax this request, you may submit your information to (804) 367-1604.

Virginia law requires anyone with a cancelled, suspended, or revoked driver's license or permit to show proof of legal presence to reinstate their driving privilege or to obtain an identification card. However, U.S. citizens or legal permanent residents of the U.S. who have proven legal presence to DMV on or after January 1, 2004 are not required to resubmit proof of legal presence. For a complete list of documents that may be used to prove legal

Customer #: T61148512

MD05

Phone: 804-497-7100          TDD: 1-800-828-1120          Website: www.dmvNOW.com

presence, visit the DMV website at www.dmvNOW.com.

Virginia now offers the option to obtain a REAL ID compliant license. To determine whether you need one and to learn what is required to obtain one see www.dmvNOW.com/REALID.

This is in addition to any other outstanding revocation, suspension, disqualification or cancellation of your driving privilege which may have been imposed by the Commissioner of the Department of Motor Vehicles or any court in Virginia. If any other actions have been imposed, you need to also comply with each of those requirements before your privilege to drive can be reinstated.

If you have questions, please contact DMV customer service at 804-497-7100 (TDD devices: 1-800-828-1120) or visit the DMV website at www.dmvNOW.com.

S. Brown, Director
Driver Services Administration
For

Richard D. Holcomb
Commissioner, Virginia Department of Motor Vehicles

Statutory Authority
Virginia Code: §§ 46.2-301, 46.2-322, 46.2-325, 46.2-370, 46.2-411, 46.2-416, 46.2-333.1, 46.2-328.1, 46.2-321, and 46.2-311